

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2019

No. 04-18-00441-CV

**PROTOTYPE MACHINE COMPANY**,
Appellant

v.

Toledo P. **BOULWARE**, Individually And As Trustee; Shaver Banderaranch, Llc As Successor-In-Interest To Dos Angeles, L.P.; Zach & Kayla Davis; D.M.C. Partners, Ltd.; Willie Jo Dooley, L.P.; Hayden G. Haby & Doris Y. Haby; Hayden Haby, Jr. & Denette Haby Coates; Melanie & John Jones In Their Capacity As Joint Representatives Of The Ben Jones Sr. Est Ate; Mcdaniel Farms, Inc.; Jewel F. Robinson & 4-S Ranch; Justin Burk D/B/A Burk Farms; Robert E. Condry; John Boerschig,
Appellees

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 3469-A
Honorable Enrique Fernandez, Judge Presiding

# O R D E R

Sitting:     Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

The panel has considered Appellant's motion for rehearing; the motion is DENIED. *See* TEX. R. APP. P. 49.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court